**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

| | |
|---|---|
| Appellate case name: | Monica Hardaway and Glenn Hardaway v. Deutsche Bank National Trust Company as Trustee, In Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset Backed Certificates, Series 2006-WL 1 |
| Appellate case number: | 01-17-00677-CV |
| Trial court case number: | 17-CCV-059731 |
| Trial court: | County Court at Law No. 4 of Fort Bend County |

Appellants, Monica Hardaway and Glenn Hardaway, have filed a notice of appeal of the trial court's final judgment in a forcible detainer proceeding. Appellee, Deutsche Bank National Trust Company as Trustee, In Trust for Registered Holders of Long Beach Mortgage Loan Trust 2006-WL1, Asset Backed Certificates, Series 2006-WL 1, has filed a motion to dismiss the appeal, asserting that it is "moot as there is no actual controversy between Appellants and Appellee." Appellants have filed a "Motion for Additional Time to Respond" to appellee's motion. We **grant** appellants' motion for additional time to respond.

**Appellants' response to appellee's motion to dismiss is due to be filed no later than May 25, 2018.**

It is so ORDERED.


Judge's signature: /s/ Terry Jennings

☒ Acting individually　　☐ Acting for the Court

Date: May 22, 2018